# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | | |
|---|---|---|
| EUNICE STEWARD, | ) | |
|      Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | **JUDGMENT** |
| CAROLYN W. COLVIN, | ) | **CASE NO.  5:12-CV-769-BO** |
| *Acting Commissioner of Social Security*, | ) | |
|      Defendant. | ) | |

Decision by the Court:

**IT IS ORDERED AND ADJUDGED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **JUNE 4, 2013,** WITH A COPY  TO:

George C. Piemonte (via CM/ECF electronic notification)
Christian M. Vainieri  (via CM/ECF electronic notification)


June 4, 2013                                JULIE A. RICHARDS, Clerk
Date                                             Eastern District of North Carolina

                                          /s/ Macy Fisher
                                          (By) Deputy Clerk

Raleigh, North Carolina